NUMBER 13-02-667-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


HEATHER LOUISE GEARHART , Appellant,

v.


DAVID GEARHART , Appellee.

____________________________________________________________________
On appeal from the 357th District Court

of Cameron County, Texas.

____________________________________________________________________



MEMORANDUM OPINION

Before Justices Hinojosa, Yanez, and Garza

Opinion Per Curiam



 Appellant, HEATHER LOUISE GEARHART , attempted to perfect an appeal from an order entered by the 357th District
Court of Cameron County, Texas, in cause no. 2002-07-2975-E . The clerk's record was received on December 16, 2002 . 

 Upon review of the clerk's record, it appeared that the order from which this appeal was taken was not a final appealable
order. Pursuant to Tex. R. App. P. 42.3, notice of this defect was given so that steps could be taken to correct the defect, if
it could be done. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this
notice, the appeal would be dismissed for want of jurisdiction. Appellant has failed to file a response to this Court's notice. 

 The Court, having considered the documents on file and appellant's failure to respond to this Court's notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM



Opinion delivered and filed this

the 20th day of February, 2003 .